UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WARREN DARREL SMITH,

    Plaintiff,

v.                              Case No. 8:07-cv-606-T-23MSS

P. VAVOULIS, et al.,

    Defendants.
                                      /

## O R D E R

The defendants's motion to compel (Doc. 27) (based on Smith's failure to respond to discovery requests) is **DENIED** as moot. The defendants's renewed motion to compel (Doc. 28) (based on Smith's inadequate answers) is **GRANTED**. Smith must answer each reasonable interrogatory and produce reasonably requested documentation that supports his claim; writing "objection" next to each request is inadequate. Smith must provide the defendants with a reasonable response to their interrogatories and request to produce on or before **MONDAY, JANUARY 13, 2007**. Smith is advised that his failure to comply with this order might result in the dismissal of this action, as authorized by Rule 37, Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on December 21, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE